UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MELVIN BOONE, et al.,

                  Plaintiffs,

                  **ORDER**
-against-                  CV 11-2712 (JS)(ARL)

NASSAU COUNTY LEGISLATURE, et al.,

                  Defendants.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiffs' July 8, 2011, letter application seeking an immediate telephone conference to address the parties' dispute concerning the previously agreed upon discovery schedule; the plaintiffs' supplemental letter dated July 11, 2011, requesting that the court shorten the three day response period and impose a preclusion sanction as to the items discussed; and the defendants' response dated July 11, 2001. The defendants have simultaneously filed their expert disclosures and have clarified that they are only seeking five additional days to complete discovery; a request that was already addressed by the court.

      For the sake of clarification, during the telephone conference on July 7, 2011, the defendants requested five additional days to complete all discovery. The defendants argued that additional time was necessary because of, among other things, the late filing of another unreadable disclosure. The court agreed that request was reasonable and would not impact the July 26, 2011 hearing date. Accordingly, the parties are to modify all dates in their agreed upon discovery schedule based on this ruling. All discovery is to be completed by July 20, 2011.

      Accordingly, the plaintiffs' request for an immediate telephone conference and motion for sanctions is denied. The parties are directed to meet and confer concerning the location and

schedule for the depositions. Finally, the court has not received a response to the defendants' July 6, 2011 letter application seeking to strike the plaintiffs' document demand, which was referenced in the defendants' opposition letter.

Dated: Central Islip, New York
       July 12, 2011

**SO ORDERED:**

/s/
ARLENE ROSARIO LINDSAY
United States Magistrate Judge