```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MELVIN BOONE, DENNIS O. JONES, REGIS
THOMPSON LAWRENCE, AUBREY PHILLIPS,
And GRISSELLE GONZALEZ, on Behalf of
themselves and all others similarly
situated,
                        Plaintiffs,
                                                ORDER
           -against-                            11-CV-2712(JS)(ARL)

NASSAU COUNTY LEGISLATURE, COUNTY OF
NASSAU, NASSAU COUNTY BOARD OF
ELECTIONS, WILLIAM BIAMONTE, PETER
SCHMITT, LOUIS G. SAVINETI, EDWARD
MANGANO, and NEW YORK STATE BOARD OF
ELECTIONS,
                        Defendants.
----------------------------------------X
APPEARANCES
For Plaintiffs:         Frederick K. Brewington, Esq.
                        Valerie M. Cartright, Esq.
                        Law Offices of Frederick K.
                        Brewington
                        50 Clinton Street, Suite 501
                        Hempstead, NY 11550

                        Randolph M. McLaughlin, Esq.
                        Harwood Feffer LLP
                        488 Madison Avenue
                        New York, NY 10022

For Defendants:
Nassau County Legislature,   Paul DerOhannesian, II, Esq.
Nassau County Board of       DerOhannesian & DerOhannesian
Elections, Peter Schmitt,    677 Broadway, Suite 202
Edward Mangano               Albany, NY 12207

County of Nassau             David L. Lewis, Esq.
                             Lewis & Fiore
                             225 Broadway
                             Suite 3300
                             New York, NY 10007
                             Paul DeOhannesian, II, Esq
                             (see above address)
```

| | |
|---|---|
| New York State Board of Elections | Derrick Jeffrey Robinson<br>N.Y. State Office of the Attorney General<br>200 Old Country Road, Suite 460<br>Mineola, NY 11501 |
| William Biamonte and Louis Savinetti | No appearances. |

SEYBERT, District Judge:

Pending before the Court is Magistrate Judge Arlene R. Lindsay's Report and Recommendation that, in light of the New York State Court of Appeals decision declaring the law at issue null and void in connection with the 2011 election and upon agreement of the parties, this action be administratively closed.

Finding no clear error, the Court hereby ADOPTS Judge Lindsay's Report and Recommendation. The case is hereby administratively closed without prejudice to reinstatement upon application to this Court within thirty days of the law at issue being reinstated.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:   September 23, 2011
         Central Islip, NY